## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David J. Olean,                         :
                      Petitioner        :
                                        :
            v.                          :            No. 604 M.D. 2020
                                        :
Commonwealth of Pennsylvania,           :
                      Respondent        :


**PER CURIAM**                    **O R D E R**


NOW, January 11, 2022, upon consideration of Petitioner's application for reconsideration, and Respondent's answer in response thereto, the application is denied.